**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph M. Reynolds
Attorney at Law
P. O. Box 1128
Alexandria LA 71309

**REHEARING ACTION: May 20, 2015**

**Docket Number: 14   01320-CA**

**MICHAEL DALE NEFF**
**VERSUS**
**RAE JONES NEFF**

**Appealed from Rapides Parish Case No. 246,781**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. James T. Genovese**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael Dale Neff** has this day been

    **DENIED.**
    Saunders, J., would grant the rehearing.

cc: Susan Ford Fiser, Counsel for the Appellee